**Fill in this information to identify the case:**

Debtor name: Dog Blue Properties, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AIG Private Client Group<br>PO Box 601148<br>Pasadena, CA 91189-1148 | billing.help@aig.com<br>888-978-5371 | | | | | $10,249.34 |
| Alderwood Property CA<br>c/o Union Bank Lockbox<br>PO Box 45413<br>San Francisco, CA 94145-0413 | | | | | | $1,576.00 |
| Alexander and Associates<br>147 Old Bernal Ave, Suite 20<br>Pleasanton, CA 94566 | 925-462-2255 | | | | | $3,730.00 |
| Bertolami Engineering<br>1941 Oak Park Blvd. #20<br>CA 94253 | Gwen.bertolami@comcast.net<br>925-448-2875 | | | | | $3,450.00 |
| C. L. Raffety, CPA<br>Tax Collector<br>P.O. Box 678002<br>Placerville, CA 95667-8002 | harry.placenti@us.army.mil<br>530-621-5800 | | | | | $2,050.10 |
| CA Construction<br>127 Denormandie Way<br>Martinez, CA 94553 | 21techlife@gmail.com<br>925-917-0887 | | | | | $1,798.66 |
| California Retaining Walls Co.<br>865 Teal Drive<br>Benicia, CA 94510 | | | | | | $318,957.91 |

Debtor  Dog Blue Properties, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Martinez 525 Henrietta St. Martinez, CA 94553 | waterbilling@cityof martinez.org 925-372-3576 | | | | | $2,668.68 |
| Clark County Treasurer 500 S Grand Central Pkwy 1st Floor Las Vegas, NV 89155 | 702-455-4323 | | | | | $2,050.63 |
| Contra Costa Count Dept. of Development 30 Muir Road Martinez, CA 94553 | (925) 674-7200 | | | | | $14,300.00 |
| Contra Costa County Tax Collector P.O. Box 7002 San Francisco, CA 94120-7002 | taxinfo@tax.cccou nty.us 925-957-5280 | | | | | $97,506.71 |
| Freds Floor Coverings 5520 Michigan Blvd Concord, CA 94521 | fredsfloorcovering @gmail.com 925-890-7082 | | | | | $10,200.00 |
| Lester Construction 2515 Gold Run Ct. Valley Springs, CA 95252 | lesterray420@gmai l.com 925-519-5134 | | | | | $3,300.00 |
| Mark Scott Construction Inc 2835 Contra Costa Blvd. Pleasant Hill, CA 94523 | ctrent@msconstru ction.com 925-944-0502 | | | | | $9,541.45 |
| Napa County Tax Collector 1195 Third St. Suite 108 Napa, CA 94559-3050 | TaxCollector@cou ntyofnapa.org 707-253-4327 | | | | | $2,274.34 |
| Native Sons Landscaping Inc. 25 Beta Court, Suite L San Ramon, CA 94583 | mail@nativesonsla ndscaping.com 925-837-8175 | | | | | $36,572.00 |
| Pacific Links Intl 1 Robert Trent Jones Street Las Vegas, NV 89141 | tsantiago@souther nhighlandgolfclub. com 702-333-4011 | | | | | $1,954.17 |

Debtor  Dog Blue Properties, LLC _____      Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shaun Rang 861 Ruth Dr. Pleasant Hill, CA 94523 | shaunrang@sbcglobal.net 925 595-6065 | | | | | $2,350.00 |
| Wei Neng Huang 15437 Jutland Street San Leandro, CA 94579 | 510-207-7168 | | | | | $2,600.00 |