CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

VAN C. DURRER, II, ESQ.
(*pro hac vice pending*)
ANNIE LI, ESQ.
(*pro hac vice pending*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600
Van.Durrer@Skadden.com
Annie.Li@Skadden.com

*[Proposed] Counsel for Debtors in Possession*      *[Proposed] Counsel for Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Lead Case No.: BK-19-50104-btb<br>Chapter 11 |
|---|---|
| DOG BLUE PROPERTIES, LLC, | Proposed Joint Administration with: |
| Debtor. | |

| | |
|---|---|
| 19-50102-btb | Double Jump, Inc. |
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |

**DECLARATION OF SETH R. FREEMAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) SCHEDULING FINAL HEARING, AND (III) GRANTING RELATED RELIEF**

Hearing Date:  OST Requested
Hearing Time: OST Requested

I, Seth Freeman, hereby declare under penalty of perjury of the laws of the United States of America that the following is true to the best of my knowledge, information, and belief:

1.    I am the proposed Chief Restructuring Officer ("CRO") of Double Jump, Inc. ("Holdings"), DC Solar Solutions, Inc. ("Solutions"), DC Solar Distribution, Inc. ("Distribution"),

-1-

and DC Solar Freedom, Inc. ("Freedom")[1] (collectively, the "Company," or "DC Solar"), certain of the debtors and debtors-in-possession in the above-captioned cases.  I am the independent manager of debtor entities Brandy Boy Properties, LLC, Dog Blue Properties, LLC,  Dora Dog Properties LLC,  475 Channel Road, LLC, Park Road, LLC, and 140 Mason Circle, LLC (together, the "Real Estate Debtors," and together with the Company, the  "Debtors"), and I am familiar with the assets, liabilities, background, and operations of the Real Estate Debtors as a result of assembling information assisting in preparation of their respective Chapter 11 filings.

2.      I submit this declaration (this "Declaration") in support of the Debtors' emergency motion for entry of interim and final orders (I) authorizing Debtors to obtain postpetition secured financing, (II) scheduling final hearing, and (III) granting related relief (the "Motion").[2]  I am over the age of 18, competent to testify, and authorized to submit this Declaration on behalf of the Debtors.

3.      I have more than 30 years of diverse insolvency and restructuring experience including financial advisory, operational and financial restructuring, controlled wind-downs, transaction management, arranging new financing, fiduciary, litigation support, insolvency and debt resolution, market-entry strategies, compliance, fraud investigation and recovery and complex dispute negotiation.   I am a director of the Bay Area Bankruptcy Forum, a member of the CTP Certification Oversight Committee of the Turnaround Management Association and a past director of the Turnaround Management Association, Northern California Chapter.  I hold an MBA in International Management from Thunderbird School of Global Management and a Bachelor of Arts in Management from St. Mary's College of California, and am a Certified Insolvency & Restructuring Advisor (CIRA), a Certified Turnaround Professional (CTP) and a licensed California real estate broker and general building contractor.

4.      As a result of my tenure with the Company, my involvement in the Debtors' chapter 11 filings, my review of the Debtors' available business records, and my discussions with members

---

[1]    The Debtors in the above-captioned cases anticipate that Freedom will file its own chapter 11 petition promptly, and will seek joint administration of its chapter 11 case together with the above-captioned cases.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

-2-

of the Debtors' management teams, all in the ordinary course of my regular duties, I am familiar with the Debtors' current day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management and staff and my review of available relevant documents in the ordinary course of my regular duties, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. In making this Declaration, I have relied in part on information and materials that the Debtors' personnel and advisors have gathered, prepared, verified, and provided to me, in each case under my supervision, at my direction, and for my use in preparing this Declaration. My reliance on such information is routine in connection with my financial advisory services and background. However, my access and the access of the Debtors, their personnel, and their advisors to relevant information and materials has been limited due to the seizure by the federal government of the Debtors' assets that remains in the possession of the federal government.

5.      This declaration supplements my previously submitted Omnibus Declaration in support of the Debtors' First Day Motions (the "First Day Declaration"). As discussed in the First Day Declaration, the operations of the Company are at a critical juncture, and the Debtors have been left without funds to operate as a result of the government's seizure. The Debtors require funding to market the Company's assets (including leased units) for sublease and/or sale, and to ensure that the Real Estate Debtors can continue to satisfy lease obligations to tenants and lessees. The proceeds of the DIP Financing are necessary for such basic expenses as insurance and taxes, which are essential to preserving the value of the Debtors' assets, including the Real Property Collateral, for the benefit of all stakeholders. The proposed DIP Financing provides the Debtors with the necessary liquidity to support those objectives, and with substantial flexibility to continue their core operations during the pendency of these Chapter 11 Cases.

6.      As discussed more extensively in the Motion, the DIP Financing consists of a multiple-draw loan in a principal amount of either $20,500,000 (a "Senior DIP Facility") or $10,000,000 (a "Junior DIP Facility"). The Lender may choose to implement either a Senior DIP

Facility (which requires the payment in full in cash of all outstanding secured debt on the Real Property Collateral[3]), or a Junior DIP Facility (which does not require payment of outstanding secured debt on the Real Property Collateral). This lack of any "priming" lien feature is important to the Debtors and their professionals, since it protects and preserves the exisiting mortgages on the Real Property Collateral (or, in the alternative, satisfies those lenders in full in cash). Furthermore, the DIP Financing contains no financial covenants, and a one-month grace period from providing updated budgets or variance reports to the DIP Lender.

7.   Prior to the Petition Date, the Debtors and their professionals approached seven (7) potential DIP lenders, including one (1) strategic party and six (6) financial lenders. A number of the lenders performed on-site due diligence, and I personally participated in lengthy diligence discussions with four (4) of the potential lenders. The Debtors ultimately received four (4) term sheets from interested lenders, and engaged in negotiations with all four (4) interested lenders to secure the best financing terms available to the Debtors. Following hard-fought, arms-length negotiations between the Debtors and the Lender, ultimately the Debtors chose to proceed with the Lender. In the view of the Debtors' boards of directors, management, managers, and members, the Lender offered the most certainty, a rapid pathway to securing interim financing, and financing terms that provide the Debtors with the necessary flexibility to operate their core businesses while seeking a potential sale or other exit transaction for the benefit of all stakeholders.

8.   The Lender is not an affiliate or an insider of the Debtors, and the Term Sheet was negotiated at arm's length and in good faith by all parties. The Debtors were unable to identify any potential lender who would lend exclusively to the Company based on the strength of the Company's available collateral. Every potential lender who submitted a term sheet required a lien on the Real Property Collateral in order to be able to provide the financing. The Lender is a bona fide lender for value of the Real Property Collateral. Upon the conclusion of the marketing process described above and the negotiation process with the Lender, the Debtors determined in an exercise of their business judgment that the Term Sheet represented the best financing available to the

---

[3]   A list of the Properties is attached as Exhibit A hereto, and as Exhibit A to the DIP Term Sheet.

-4-

Debtors under the present circumstances, and that the DIP financing is critical and necessary to the Debtors' ongoing operations.

9.      The Real Estate Debtors collectively own thirty-eight (38) commercial and residential properties located in California, Texas, Arizona, Nevada, and Mexico. The aggregate purchase price of the properties exceeds $40,000,000. The Debtors believe that the current aggregate property value significantly exceeds the aggregate purchase prices.

10.     Those properties include the Company's headquarters in Benicia, California, small commercial properties leased to commercial tenants, and condominiums and other residential properties rented to residential tenants. The properties are managed by the respective owner entities.

11.     Historically, the lease and rental revenues generated by the Real Property Collateral have been largely sufficient to satisfy necessary expenses to manage the Real Property Collateral, including mortgage payments, maintenance, taxes and insurance.

12.     The Debtors believe that the aggregate current property value significantly exceeds the aggregate sum of existing prepetition obligations. As of the Petition Date, the Debtors are aware of eight (8) mortgages and liens existing as of the Petition Date, totaling $11,080,028.28. There are also total estimated unsecured claims of approximately $920,137.00. Accordingly, the aggregate sum of total obligations owed by the Real Estate Debtors in liens, mortgages, and unsecured claims are approximately $12,000,165.28.[4]

13.     Notably, under the proposed DIP Financing, the Company is <u>not</u> bearing the risk of the DIP Financing as the Carpoff family, as the equity holders of the Real Estate Debtors, are the only parties that bear the risk of the DIP Financing. It is my understanding that the Carpoff family will be consenting to the Motion.

14.     As a result of the seizure, I am aware that at least two of the mortgage payments for the commercial properties are delinquent. Debtor entity 140 Mason Circle LLC received a default notice from lender Heritage Bank of Commerce dated as of January 14, 2019. The Debtors have received numerous notices from various contractors and other parties claiming unpaid amounts and,

---

[4]   Consolidated values across all Real Estate Debtors.

in certain cases, asserting mechanics' liens over the subject property.  The Debtors are reviewing the notices received to determine which counterparties have properly perfected mechanics' liens on the Real Property Collateral under applicable state law.  To my knowledge, the *de minimis* debt on the residential properties is current.  To my knowledge, there are no pending criminal, civil judicial, and/or administrative forfeiture proceedings pending against any of the Debtors or the Real Property Collateral.

1 | I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2019

By: _____
Name:   SETH R. FREEMAN
Title:   Chief Restructuring Officer

**EXHIBIT A**
**LIST OF REAL PROPERTY AND KNOWN SECURITY INTERESTS**

| Debtor | Property Address | Secured Party | Amount |
|---|---|---|---|
| 475 Channel Road, LLC | 473-477 E Channel Road Benicia, CA 94510 | Heritage Bank of Commerce | $1,126,994.00 |
| Park Road LLC | 4901 Park Road Benicia, CA 94510 | CTBC Bank | $7,199,716.00 |
| 140 Mason Circle LLC | 140 Mason Circle Concord, CA 94520 | Heritage Bank of Commerce | $2,319,347.00 |
| Brandy Boy Properties, LLC | 1619 Greenside Drive Round Rock, TX 78665 | | $168,900.00 |
| Brandy Boy Properties, LLC | 7373 E Clubhouse Drive #14 Scottsdale, AZ 85266 | | |
| Brandy Boy Properties, LLC | 4101 Lake Tahoe Blvd, #217, Lake Tahoe, CA | | |
| Brandy Boy Properties, LLC | 4101 Lake Tahoe Blvd, #225, Lake Tahoe, CA | | |
| Brandy Boy Properties, LLC | 3779 Overlook Court, Lake Tahoe, CA | | |
| Dora Dog Properties LLC | 28 Millthwait Drive Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 30 Pebble Dunes Court Las Vegas, NV 89141 | | |
| Dora Dog Properties LLC | 180 Midhill Rd Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 202 Valley View Court El Sobrante, CA 94803 | AMAC Construction and Restoration | $24,400.00[5] |
| Dora Dog Properties LLC | 31 Morello Heights Drive Martinez, CA 94553 | AMAC Construction and Restoration | $46,430.00[6] |
| Dora Dog Properties LLC | 207 Valley View Court El Sobrante, CA 94803 | | |
| Dora Dog Properties LLC | 208 Valley View Court El Sobrante, CA 94803 | | |
| Dora Dog Properties LLC | 214 Valley View Court El Sobrante, CA 94803 | | |
| Dora Dog Properties LLC | 820 Shell Avenue Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 838 Marie Avenue Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 1208 Roseann Drive Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 2375 Yale Street Martinez, CA 94553 | | |
| Dora Dog Properties LLC | 3143 Old Tunnel Road | | |

---

[5] Erroneously recorded with Dog Blue Properties, LLC.

[6] Erroneously recorded with Dog Blue Properties, LLC.

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | Lafayette, CA 94549 |   |   |
|   | Dog Blue Properties, LLC | 40 Iris Lane<br>Walnut Creek, CA 94595 |   |   |
|   | Dog Blue Properties, LLC | 250 Arana Drive<br>Martinez, CA 94553 |   |   |
|   | Dog Blue Properties, LLC | 811 Brown Street<br>Martinez, CA 94553 |   | $130,000.00 |
|   | Dog Blue Properties, LLC | 1035 Marie Avenue<br>Martinez, CA 94553 |   |   |
|   | Dog Blue Properties, LLC | 1062 Mohr Lane #C<br>Concord, CA 94518 |   |   |
|   | Dog Blue Properties, LLC | 4801 Blum Road #1<br>Martinez, CA 94553 |   |   |
|   | Dog Blue Properties, LLC | 4800 Blum Rd #3<br>Martinez, CA 94553 |   |   |
|   | Dog Blue Properties, LLC | 4810 Blum Rd #5<br>Martinez, CA 94553 |   |   |
|   | Dog Blue Properties, LLC | 1108 Juniper Ave<br>South Lake Tahoe, CA 96150 | AMAC Construction and Restoration | $64,241.28 |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 2801<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 2606<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 3409<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 1709<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 1308<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 3209<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San José, Villa 1605<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico |   |   |
|   | Dog Blue Properties, LLC | Km 0.5, Camino Viejo a San |   |   |

| | José, Villa 2505<br>El Medano Ejidal<br>23450 Cabo San Lucas<br>B.C.S. Mexico | | |
|---|---|---|---|

**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**
**9**
**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

**EXHIBIT B**
**DIP BUDGET**

**DC Solar et al**
**13-Week Projected Cash Flows**

| Consolidated DC Solar | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Budget* | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| Operating Lease Income | | 170,000 | - | - | - | - | - | - | - | 750,000 | - | - | - | 1,125,000 | 2,045,000 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rental Income | | 30,000 | - | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | 90,000 |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | 118,000 | - | - | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | **318,000** | **-** | **-** | **-** | **148,000** | **-** | **22,121** | **44,242** | **937,128** | **121,249** | **116,135** | **138,256** | **1,290,907** | **3,136,037** |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 99,800 | 99,800 | 99,800 | 99,800 | 179,600 | 179,600 | 153,000 | 1,031,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 13,390 |
| Payroll & Taxes | | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 685,920 |
| Rent | | 371,000 | - | - | - | 371,000 | - | - | - | - | 371,000 | - | - | - | 1,113,000 |
| Communications & Advertising | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| Office & Other | | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 27,725 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 350,825 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 17,228 | 6,825 | 6,825 | 6,825 | 6,825 | 90,636 | 197,939 |
| Insurance | | 513,508 | - | - | - | 13,200 | - | - | 10,403 | 108,093 | 13,200 | - | 214,019 | - | 872,423 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **976,088** | **220,900** | **91,580** | **355,900** | **475,780** | **356,700** | **171,380** | **456,506** | **279,473** | **819,900** | **251,180** | **515,500** | **522,410** | **5,493,297** |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | - | 10,000 | - | - | 10,000 | 30,000 |
| Contingency | | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,380 | 1,500,000 |
| **Subtotal NonOperations** | | **138,602** | **116,135** | **116,135** | **148,602** | **116,135** | **116,135** | **116,135** | **138,602** | **126,135** | **116,135** | **116,135** | **139,402** | **126,130** | **1,630,418** |
| **Total Cash Outflows** | | **1,114,690** | **337,035** | **207,715** | **504,502** | **591,915** | **472,835** | **287,515** | **595,108** | **405,608** | **936,035** | **367,315** | **654,902** | **648,540** | **7,123,715** |
| **Subtotal Change in Cash** | | **(796,690)** | **(337,035)** | **(207,715)** | **(504,502)** | **(443,915)** | **(472,835)** | **(265,394)** | **(550,866)** | **531,520** | **(814,786)** | **(251,180)** | **(516,646)** | **642,367** | **(3,987,678)** |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 54,331 | 54,331 |
| CRO/GlassRatner | | - | - | - | - | 216,000 | - | - | - | - | 216,000 | - | - | - | 432,000 |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | 315,000 | - | - | - | - | 315,000 | - | - | - | 630,000 |
| Clark Hill PLLC | | - | - | - | - | 125,000 | - | - | - | - | 125,000 | - | - | - | 250,000 |
| Independent Director | | 12,500 | - | - | - | 12,500 | - | - | - | - | 12,500 | - | - | - | 37,500 |
| Claims/Noticing Agent | | - | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 30,000 |
| Creditors Committee | | - | - | - | - | 45,000 | - | - | - | - | 45,000 | - | - | - | 90,000 |
| **Subtotal** | | **12,500** | **-** | **-** | **-** | **728,500** | **-** | **-** | **-** | **-** | **728,500** | **-** | **-** | **54,331** | **1,523,831** |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | 3,000,000 | - | - | - | - | - | - | - | 1,500,000 | - | - | - | - | 4,500,000 |
| Interest Payments | | - | - | - | - | 30,000 | - | - | - | - | 30,000 | - | - | 45,000 | 105,000 |
| Beginning Cash | | - | 2,190,810 | 1,853,775 | 1,646,060 | 1,141,558 | (60,857) | (533,692) | (799,086) | (1,349,952) | 651,568 | (891,718) | (1,142,899) | (1,659,545) | - |
| **Ending Cash** | | **2,190,810** | **1,853,775** | **1,646,060** | **1,141,558** | **(60,857)** | **(533,692)** | **(799,086)** | **(1,349,952)** | **651,568** | **(891,718)** | **(1,142,899)** | **(1,659,545)** | **(1,116,509)** | **(1,116,509)** |
| DIP Lender Balance | | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | |

**DC Solar et al**
**13-Week Projected Cash Flows**     Case # 19-50130

| **DC Solar Solutions, Inc.** *Cash Budget* | # Wk Start Wk End | 1 2/4/2019 2/10/2019 | 2 2/11/2019 2/17/2019 | 3 2/18/2019 2/24/2019 | 4 2/25/2019 3/3/2019 | 5 3/4/2019 3/10/2019 | 6 3/11/2019 3/17/2019 | 7 3/18/2019 3/24/2019 | 8 3/25/2019 3/31/2019 | 9 4/1/2019 4/7/2019 | 10 4/8/2019 4/14/2019 | 11 4/15/2019 4/21/2019 | 12 4/22/2019 4/28/2019 | 13 4/29/2019 5/5/2019 | Totals 2/4/2019 5/5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rental Income | | 30,000 | - | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | 90,000 |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **30,000** | **-** | **-** | **-** | **30,000** | **-** | **-** | **-** | **-** | **30,000** | **-** | **-** | **-** | **90,000** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 7,345 |
| Payroll & Taxes | | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 388,200 |
| Rent | | 365,000 | - | - | - | 365,000 | - | - | - | - | 365,000 | - | - | - | 1,095,000 |
| Communications & Advertising | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| Office & Other | | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 320,125 |
| Trailer GPS Costs | | | | | | | | | | | | | | | |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 103,725 |
| Insurance | | 123,725 | - | - | - | 13,200 | - | - | - | 97,325 | 13,200 | - | - | 130,208 | 377,658 |
| Towing & Hauling | | | | | | | | | | | | | | | |
| **Subtotal Operations** | | **548,990** | **139,965** | **60,265** | **124,965** | **438,465** | **124,965** | **60,265** | **124,965** | **157,590** | **503,165** | **60,265** | **124,965** | **190,473** | **2,659,303** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other - Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,385 | 115,380 | 1,500,000 |
| **Subtotal NonOperations** | | **138,602** | **116,135** | **116,135** | **138,602** | **116,135** | **116,135** | **116,135** | **138,602** | **116,135** | **116,135** | **116,135** | **138,602** | **116,130** | **1,599,618** |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **687,592** | **256,100** | **176,400** | **263,567** | **554,600** | **241,100** | **176,400** | **263,567** | **273,725** | **619,300** | **176,400** | **263,567** | **306,603** | **4,258,921** |
| | | | | | | | | | | | | | | | |
| **Subtotal Change in Cash** | | **(657,592)** | **(256,100)** | **(176,400)** | **(263,567)** | **(524,600)** | **(241,100)** | **(176,400)** | **(263,567)** | **(273,725)** | **(589,300)** | **(176,400)** | **(263,567)** | **(306,603)** | **(4,168,921)** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 28,931 | 28,931 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **28,931** | **28,931** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| Beginning Cash | | - | (657,592) | (913,692) | (1,090,092) | (1,353,659) | (1,878,259) | (2,119,359) | (2,295,759) | (2,559,326) | (2,833,051) | (3,422,351) | (3,598,751) | (3,862,318) | - |
| **Ending Cash** | | **(657,592)** | **(913,692)** | **(1,090,092)** | **(1,353,659)** | **(1,878,259)** | **(2,119,359)** | **(2,295,759)** | **(2,559,326)** | **(2,833,051)** | **(3,422,351)** | **(3,598,751)** | **(3,862,318)** | **(4,197,852)** | **(4,197,852)** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

**DC Solar et al**
**13-Week Projected Cash Flows**     Case # 19-50131

### DC Solar Distribution, Inc.
*Cash Budget*

| | # Wk Start Wk End | 1<br>2/4/2019<br>2/10/2019 | 2<br>2/11/2019<br>2/17/2019 | 3<br>2/18/2019<br>2/24/2019 | 4<br>2/25/2019<br>3/3/2019 | 5<br>3/4/2019<br>3/10/2019 | 6<br>3/11/2019<br>3/17/2019 | 7<br>3/18/2019<br>3/24/2019 | 8<br>3/25/2019<br>3/31/2019 | 9<br>4/1/2019<br>4/7/2019 | 10<br>4/8/2019<br>4/14/2019 | 11<br>4/15/2019<br>4/21/2019 | 12<br>4/22/2019<br>4/28/2019 | 13<br>4/29/2019<br>5/5/2019 | Totals<br>2/4/2019<br>5/5/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Lease Income | | 170,000 | - | - | - | - | - | - | - | 750,000 | - | - | - | 1,500,000 | 2,420,000 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rental Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | 118,000 | - | - | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **288,000** | **-** | **-** | **-** | **118,000** | **-** | **-** | **-** | **868,000** | **-** | **-** | **-** | **1,500,000** | **2,774,000** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 6,045 |
| Payroll & Taxes | | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 222,720 |
| Rent | | 6,000 | - | - | - | 6,000 | - | - | - | - | 6,000 | - | - | - | 18,000 |
| Communications & Advertising | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Office & Other | | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 3,100 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 30,700 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | | 389,783 | - | - | - | - | - | - | - | 10,403 | 10,768 | - | - | 83,811 | 494,765 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **427,098** | **68,435** | **31,315** | **218,435** | **37,315** | **219,235** | **31,315** | **228,838** | **42,083** | **224,435** | **31,315** | **218,435** | **115,126** | **1,893,380** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | **-** | **-** | **-** | **10,000** | **-** | **-** | **-** | **-** | **10,000** | **-** | **-** | **800** | **10,000** | **30,800** |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **427,098** | **68,435** | **31,315** | **228,435** | **37,315** | **219,235** | **31,315** | **228,838** | **52,083** | **224,435** | **31,315** | **219,235** | **125,126** | **1,924,180** |
| | | | | | | | | | | | | | | | |
| **Net Change in Cash** | | **(139,098)** | **(68,435)** | **(31,315)** | **(228,435)** | **80,685** | **(219,235)** | **(31,315)** | **(228,838)** | **815,917** | **(224,435)** | **(31,315)** | **(219,235)** | **1,374,874** | **849,820** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 13,241 | 13,241 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **13,241** | **13,241** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| Beginning Cash | | - | (139,098) | (207,533) | (238,848) | (467,283) | (386,598) | (605,833) | (637,148) | (865,986) | (50,069) | (274,504) | (305,819) | (525,054) | - |
| **Ending Cash** | | **(139,098)** | **(207,533)** | **(238,848)** | **(467,283)** | **(386,598)** | **(605,833)** | **(637,148)** | **(865,986)** | **(50,069)** | **(274,504)** | **(305,819)** | **(525,054)** | **836,579** | **836,579** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**DC Solar et al**
**13-Week Projected Cash Flows**

| *DC Solar Freedom, Inc.* | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Budget* | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rental Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| Direct Costs | | - | - | - | - | - | - | 79,800 | 79,800 | 79,800 | 79,800 | 159,600 | 159,600 | 133,000 | 771,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Taxes | | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 75,000 |
| Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Communications & Advertising | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office & Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trailer GPS Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | 10,403 | - | - | - | - | 83,811 | 94,214 |
| Insurance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Towing & Hauling | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Operations** | | - | 12,500 | - | 12,500 | - | 12,500 | 79,800 | 102,703 | 79,800 | 92,300 | 159,600 | 172,100 | 216,811 | 940,614 |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Outflows** | | - | 12,500 | - | 12,500 | - | 12,500 | 79,800 | 102,703 | 79,800 | 92,300 | 159,600 | 172,100 | 216,811 | 940,614 |
| **Net Change in Cash** | | - | (12,500) | - | (12,500) | - | (12,500) | (57,679) | (58,461) | (10,672) | (1,051) | (43,465) | (33,844) | (50,904) | (293,577) |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 4,875 | 4,875 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | - | - | - | - | - | - | - | - | - | - | - | - | 4,875 | 4,875 |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | - |
| Beginning Cash | | - | - | (12,500) | (12,500) | (25,000) | (25,000) | (37,500) | (95,179) | (153,640) | (164,312) | (165,363) | (208,829) | (242,673) | - |
| **Ending Cash** | | - | (12,500) | (12,500) | (25,000) | (25,000) | (37,500) | (95,179) | (153,640) | (164,312) | (165,363) | (208,829) | (242,673) | (298,452) | (298,452) |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |