1  CANDACE C. CARLYON, ESQ.
   Nevada Bar No. 2666
2  TRACY M. O'STEEN, ESQ.
   Nevada Bar No. 10949
3  CLARK HILL PLC
   3800 Howard Hughes Parkway, Suite 500
4  Las Vegas, NV 89169
   Telephone:    (702) 862-8300
5  Facsimile:    (702) 862-8400
   CCarlyon@ClarkHill.com
6  TOSteen@ClarkHill.com

   VAN C. DURRER, II, ESQ.
   (*pro hac vice pending*)
   ANNIE LI, ESQ.
   (*pro hac vice pending*)
   SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
   300 S. Grand Avenue, Suite 3400
   Los Angeles, CA 90071
   Telephone:    (213) 687-5000
   Facsimile:    (213) 687-5600
   Van.Durrer@Skadden.com
   Annie.Li@Skadden.com

7
   *[Proposed] Counsel for Debtors in Possession*    *[Proposed] Counsel for Debtors in Possession*
8

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

DOG BLUE PROPERTIES, LLC,

Debtor.

Lead Case No.: BK-19-50104-btb
Chapter 11

Proposed Joint Administration with:

| 19-50102-btb | Double Jump, Inc. |
|---|---|
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

**NOTICE OF FILING OF AMENDED EXHIBIT B TO DECLARATION OF SETH R. FREEMAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) SCHEDULING FINAL HEARING, AND (III) GRANTING RELATED RELIEF**

Hearing Date: OST Requested
Hearing Time: OST Requested

PLEASE TAKE NOTICE that, on February 4, 2019, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed that certain debtor-in-possession budget (the "DIP Budget") as Exhibit B to the Declaration of Seth R. Freeman in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I)

-1-

1 | Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Scheduling Final Hearing, and

2 | (III) Granting Related Relief (the "DIP Declaration").

3 |       PLEASE TAKE FURTHER NOTICE that the Debtors have revised the DIP Budget, a copy

4 | of which is attached hereto.

5

6 | Respectfully submitted this 6th day of February, 2019.

7

8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

9

10 | */s/    Van C. Durrer, II*
Van C. Durrer, II, Esq. (*pro hac vice pending*)
Annie Li, Esq. (*pro hac vice pending*)

11 | 300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

12 | Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

13 | van.durrer@skadden.com
annie.li@skadden.com

14

15 | *[Proposed] Counsel for Debtors*

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AMENDED EXHIBIT B**
**DIP BUDGET**

**DC Solar et al**

**13-Week Projected Cash Flows**     **FINAL - AMENDED**

| *Consolidated DC Solar* | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Budget* | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | 170,000 | - | - | - | - | - | 79,800 | 79,800 | 829,800 | 79,800 | 159,600 | 159,600 | 1,258,000 | 2,816,400 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | 30,000 | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | - | 90,000 |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | 118,000 | - | - | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | **318,000** | **-** | **-** | **30,000** | **118,000** | **-** | **101,921** | **124,042** | **1,046,928** | **171,049** | **275,735** | **297,856** | **1,423,907** | **3,907,437** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 99,800 | 99,800 | 99,800 | 99,800 | 179,600 | 179,600 | 153,000 | 1,031,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 13,390 |
| Payroll & Taxes | | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 685,920 |
| Rent | | 371,000 | - | - | - | 371,000 | - | - | - | - | 371,000 | - | - | - | 1,113,000 |
| Communications & Advertising | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| Office & Other | | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 27,725 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 350,825 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 103,725 |
| Insurance | | 513,508 | - | - | - | 13,200 | - | - | 10,403 | 108,093 | 13,200 | - | - | 214,019 | 872,423 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **976,088** | **220,900** | **91,580** | **355,900** | **475,780** | **356,700** | **171,380** | **446,103** | **279,473** | **819,900** | **251,180** | **515,500** | **438,599** | **5,399,083** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Contingency | | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,380 | 1,240,000 |
| **Subtotal NonOperations** | | **118,602** | **96,135** | **96,135** | **128,602** | **96,135** | **96,135** | **96,135** | **118,602** | **106,135** | **96,135** | **96,135** | **119,402** | **106,130** | **1,370,418** |
| | | | | | | | | | | | | | | | |
| Real Estate LLC's Operations | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **1,114,690** | **337,035** | **207,715** | **504,502** | **591,915** | **472,835** | **287,515** | **584,705** | **405,608** | **936,035** | **367,315** | **654,902** | **564,729** | **7,029,501** |
| | | | | | | | | | | | | | | | |
| **Subtotal Change in Cash** | | **(796,690)** | **(337,035)** | **(207,715)** | **(474,502)** | **(473,915)** | **(472,835)** | **(185,594)** | **(460,663)** | **641,320** | **(764,986)** | **(91,580)** | **(357,046)** | **859,178** | **(3,122,064)** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 49,598 | 49,598 |
| CRO/GlassRatner | | - | - | - | - | 216,000 | - | - | - | - | 216,000 | - | - | - | 432,000 |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | 315,000 | - | - | - | - | 315,000 | - | - | - | 630,000 |
| Clark Hill PLLC | | - | - | - | - | 125,000 | - | - | - | - | 125,000 | - | - | - | 250,000 |
| Independent Director | | 12,500 | - | - | - | 12,500 | - | - | - | - | 12,500 | - | - | - | 37,500 |
| Claims/Noticing Agent | | - | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 30,000 |
| Creditors Committee | | - | - | - | - | 45,000 | - | - | - | - | 45,000 | - | - | - | 90,000 |
| **Subtotal** | | **12,500** | **-** | **-** | **-** | **728,500** | **-** | **-** | **-** | **-** | **728,500** | **-** | **-** | **49,598** | **1,519,098** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | 3,000,000 | - | - | - | 1,500,000 | - | - | - | 1,500,000 | - | - | - | - | 6,000,000 |
| Interest Payments | | - | - | - | - | 30,000 | - | - | - | 45,000 | - | - | - | 60,000 | 135,000 |
| | | | | | | | | | | | | | | | |
| Beginning Cash | | - | 2,190,810 | 1,853,775 | 1,646,060 | 1,171,558 | 1,439,143 | 966,308 | 780,714 | 320,051 | 2,416,371 | 922,885 | 831,304 | 474,258 | - |
| **Ending Cash** | | **2,190,810** | **1,853,775** | **1,646,060** | **1,171,558** | **1,439,143** | **966,308** | **780,714** | **320,051** | **2,416,371** | **922,885** | **831,304** | **474,258** | **1,223,838** | **1,223,838** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | |

**DC Solar et al**
**13-Week Projected Cash Flows**

**FINAL - AMENDED**
**Case # 19-50130**

## DC Solar Solutions, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | 30,000 | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | - | 90,000 |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **30,000** | **-** | **-** | **30,000** | **-** | **-** | **-** | **-** | **30,000** | **-** | **-** | **-** | **-** | **90,000** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 7,345 |
| Payroll & Taxes | | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 388,200 |
| Rent | | 365,000 | - | - | - | 365,000 | - | - | - | - | 365,000 | - | - | - | 1,095,000 |
| Communications & Advertising | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| Office & Other | | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 320,125 |
| Trailer GPS Costs | | | | | | | | | | | | | | | |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 103,725 |
| Insurance | | 123,725 | - | - | - | 13,200 | - | - | - | 97,325 | 13,200 | - | - | 130,208 | 377,658 |
| Towing & Hauling | | | | | | | | | | | | | | | |
| **Subtotal Operations** | | **548,990** | **139,965** | **60,265** | **124,965** | **438,465** | **124,965** | **60,265** | **124,965** | **157,590** | **503,165** | **60,265** | **124,965** | **190,473** | **2,659,303** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other - Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 115,380 | 1,260,000 |
| **Subtotal NonOperations** | | **118,602** | **96,135** | **96,135** | **118,602** | **96,135** | **96,135** | **96,135** | **118,602** | **96,135** | **96,135** | **96,135** | **118,602** | **116,130** | **1,359,618** |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **667,592** | **236,100** | **156,400** | **243,567** | **534,600** | **221,100** | **156,400** | **243,567** | **253,725** | **599,300** | **156,400** | **243,567** | **306,603** | **4,018,921** |
| | | | | | | | | | | | | | | | |
| **Subtotal Change in Cash** | | **(637,592)** | **(236,100)** | **(156,400)** | **(213,567)** | **(534,600)** | **(221,100)** | **(156,400)** | **(243,567)** | **(223,725)** | **(599,300)** | **(156,400)** | **(243,567)** | **(306,603)** | **(3,928,921)** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 24,593 | 24,593 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **24,593** | **24,593** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| Beginning Cash | | - | (637,592) | (873,692) | (1,030,092) | (1,243,659) | (1,778,259) | (1,999,359) | (2,155,759) | (2,399,326) | (2,623,051) | (3,222,351) | (3,378,751) | (3,622,318) | - |
| **Ending Cash** | | **(637,592)** | **(873,692)** | **(1,030,092)** | **(1,243,659)** | **(1,778,259)** | **(1,999,359)** | **(2,155,759)** | **(2,399,326)** | **(2,623,051)** | **(3,222,351)** | **(3,378,751)** | **(3,622,318)** | **(3,953,514)** | **(3,953,514)** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

**DC Solar et al**  
**13-Week Projected Cash Flows**

**FINAL - AMENDED**  
**Case # 19-50131**

### DC Solar Distribution, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | 170,000 | - | - | - | - | - | 79,800 | 79,800 | 829,800 | 79,800 | 159,600 | 159,600 | 1,258,000 | 2,816,400 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | 118,000 | - | - | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **288,000** | **-** | **-** | **-** | **118,000** | **-** | **79,800** | **79,800** | **947,800** | **79,800** | **159,600** | **159,600** | **1,258,000** | **3,170,400** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 6,045 |
| Payroll & Taxes | | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 222,720 |
| Rent | | 6,000 | - | - | - | 6,000 | - | - | - | - | 6,000 | - | - | - | 18,000 |
| Communications & Advertising | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Office & Other | | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 3,100 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 30,700 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | | 389,783 | - | - | - | - | - | - | 10,403 | 10,768 | - | - | - | 83,811 | 494,765 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **427,098** | **68,435** | **31,315** | **218,435** | **37,315** | **219,235** | **31,315** | **228,838** | **42,083** | **224,435** | **31,315** | **218,435** | **115,126** | **1,893,380** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | **-** | **-** | **-** | **10,000** | **-** | **-** | **-** | **-** | **10,000** | **-** | **-** | **800** | **10,000** | **30,800** |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **427,098** | **68,435** | **31,315** | **228,435** | **37,315** | **219,235** | **31,315** | **228,838** | **52,083** | **224,435** | **31,315** | **219,235** | **125,126** | **1,924,180** |
| | | | | | | | | | | | | | | | |
| **Net Change in Cash** | | **(139,098)** | **(68,435)** | **(31,315)** | **(228,435)** | **80,685** | **(219,235)** | **48,485** | **(149,038)** | **895,717** | **(144,635)** | **128,285** | **(59,635)** | **1,132,874** | **1,246,220** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 12,720 | 12,720 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **12,720** | **12,720** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | - |
| Beginning Cash | | - | (139,098) | (207,533) | (238,848) | (467,283) | (386,598) | (605,833) | (557,348) | (706,386) | 189,331 | 44,696 | 172,981 | 113,346 | - |
| **Ending Cash** | | **(139,098)** | **(207,533)** | **(238,848)** | **(467,283)** | **(386,598)** | **(605,833)** | **(557,348)** | **(706,386)** | **189,331** | **44,696** | **172,981** | **113,346** | **1,233,500** | **1,233,500** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

**DC Solar et al**
**13-Week Projected Cash Flows**

**FINAL - AMENDED**
Case # 19-xxxxx

### DC Solar Freedom, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | **-** | **-** | **-** | **-** | **-** | **-** | **22,121** | **44,242** | **69,128** | **91,249** | **116,135** | **138,256** | **165,907** | **647,037** |
| | | | | | | | | | | | | | | | |
| Direct Costs | | - | - | - | - | - | - | 79,800 | 79,800 | 79,800 | 79,800 | 159,600 | 159,600 | 133,000 | 771,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Taxes | | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 75,000 |
| Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Communications & Advertising | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office & Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trailer GPS Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Towing & Hauling | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Operations** | | **-** | **12,500** | **-** | **12,500** | **-** | **12,500** | **79,800** | **92,300** | **79,800** | **92,300** | **159,600** | **172,100** | **133,000** | **846,400** |
| | | | | | | | | | | | | | | | |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | | | | | | | | | |
| **Total Cash Outflows** | | **-** | **12,500** | **-** | **12,500** | **-** | **12,500** | **79,800** | **92,300** | **79,800** | **92,300** | **159,600** | **172,100** | **133,000** | **846,400** |
| | | | | | | | | | | | | | | | |
| **Net Change in Cash** | | **-** | **(12,500)** | **-** | **(12,500)** | **-** | **(12,500)** | **(57,679)** | **(48,058)** | **(10,672)** | **(1,051)** | **(43,465)** | **(33,844)** | **32,907** | **(199,363)** |
| | | | | | | | | | | | | | | | |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 4,875 | 4,875 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **4,875** | **4,875** |
| | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | - |
| Beginning Cash | | - | - | (12,500) | (12,500) | (25,000) | (25,000) | (37,500) | (95,179) | (143,237) | (153,909) | (154,960) | (198,426) | (232,270) | - |
| **Ending Cash** | | **-** | **(12,500)** | **(12,500)** | **(25,000)** | **(25,000)** | **(37,500)** | **(95,179)** | **(143,237)** | **(153,909)** | **(154,960)** | **(198,426)** | **(232,270)** | **(204,238)** | **(204,238)** |
| | | | | | | | | | | | | | | | |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |