# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Dog Blue Properties, LLC

Case No. 19-50104-GS

CHAPTER 7
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jan-20       PETITION DATE: 1/30/2019

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $62,891 | $0 | |
| b. Total Assets | $11,944,548 | $11,944,548 | $17,309,289 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $1,687,054 | $1,687,054 | $839,973 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $96,969 | $96,969 |
| b. Total Disbursements | $3,954 | $30,124 | $34,079 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($3,954) | $66,845 | $62,891 |
| d. Cash Balance Beginning of Month | $66,845 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $62,891 | $66,845 | $62,891 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($3,954) | $66,845 | $62,891 |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:     Yes     No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)         X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)         X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)         X
12. Is the estate insured for replacement cost of assets and for general liability?    X
13. Are a plan and disclosure statement on file?         N/A
14. Was there any post-petition borrowing during this reporting period?         X

15. **Check if paid**: Post-petition taxes ___;    U.S. Trustee Quarterly Fees ___;    Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/30/20                    _____ Trustee
                                Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Real Estate Case)
For the Month Ended  1/31/2020 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $62,891 |
| 2 | Scheduled Cash and cash equivalents - restricted | | $0 |
| 3 | Scheduled Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: | | $0 |
| 7 | | | |
| 8 | **Total Current Assets** | | $62,891 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Scheduled Value of Real property | C | $11,435,401 |
| 10 | Scheduled Machinery and equipment | D | $0 |
| 11 | Scheduled Furniture and fixtures | D | $429,246 |
| 12 | Scheduled Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Scheduled Vehicles | D | $17,011 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $11,881,658 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | $0 |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $11,944,548 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
(Real Estate Case)

**Liabilities From Schedules**

   **Post-Petition**

      **Current Liabilities**

| # | Description | Ref | Amount |
|---|---|---|---|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: | | |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $0 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $0 |

   **Pre-Petition Liabilities (allowed amount)**

| # | Description | Ref | Amount |
|---|---|---|---|
| 46 | Secured claims | F | $2,050 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $1,685,004 |
| 49 | **Total Pre-Petition Liabilities** | | $1,687,054 |
| 50 | **Total Liabilities** | | $1,687,054 |

**Equity (Deficit)**

| # | Description | Amount |
|---|---|---|
| 51 | Retained Earnings/(Deficit) at time of filing | $10,257,494 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $10,257,494 |
| 59 | **Total Liabilities and Equity (Deficit)** | $11,944,548 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | $0 | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 1108 Juniper Ave. SLT California | $0 | $450,000 |
| 1035 Marie Ave. Martinez California | $374,859 | $650,000 |
| 1308 VLE Cabo San Lucas | $519,852 | $750,000 |
| 1605 VLE Cabo San Lucas | $588,774 | $750,000 |
| 1709 VLE Cabo San Lucas | $454,518 | $750,000 |
| 2505 VLE Cabo San Lucas | $557,753 | $750,000 |
| 2606 VLE Cabo San Lucas | $414,153 | $750,000 |
| 2801 VLE Cabo San Lucas | $2,641,957 | $1,500,000 |
| 3209 VLE Cabo San Lucas | $341,489 | $750,000 |
| 2805 VLE Cabo San Lucas | $745,649 | $750,000 |
| 2706 VLE Cabo San Lucas | $727,559 | $750,000 |
| 3409 VLE Cabo San Lucas | $436,547 | $750,000 |
| 811 Brown Street Martinez California | $3,632,290 | $3,350,000 |
| Total | $11,435,401 | $12,700,000 |

### Schedule D

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | $0 | |
| Total | $0 | $0 |
| Furniture & Fixtures - | $429,246 | $0 |
| Total | $429,246 | $0 |
| Office Equipment - | $0 | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| GM Suburban | $17,011 | $0 |
| Total | $17,011 | $0 |

Revised 1/1/98

Schedule E
Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

Schedule F
Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $2,050 | |
| Priority claims other than taxes | $0 | |
| Priority tax claims | $0 | |
| General unsecured claims | $1,685,004 | |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | **Property 1** | **Property 2** | **Property 3** | **Property 4** |
|---|---|---|---|---|
| Description of Property | | | | |
| Scheduled Gross Rents | 0 | | | |
| Less: | | | | |
|    Vacancy Factor | 0 | | | |
|    Free Rent Incentives | 0 | | | |
|    Other Adjustments | 0 | | | |
| Total Deductions | 0 | | | |
| Scheduled Net Rents | 0 | | | |
| Less: Rents Receivable * | 0 | | | |
| Scheduled Net Rents Collected * | $0 | | | |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | Axos Bank | | | |
| Account Type | Trust | | | |
| Account No. | 9509 | | | |
| Account Purpose | Trust | | | |
| Balance, End of Month | $62,891 | | | |
| Total Funds on Hand for all Accounts | $62,891 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 1/31/2020 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $28,210 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Initial Deposit - detail not available | $0 | $68,759 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $96,969 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $3,954 | $34,079 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $3,954 | $34,079 |
| 38 | **Net Increase (Decrease) in Cash** | ($3,954) | $62,891 |
| 39 | **Cash Balance, Beginning of Period** | $66,845 | |
| 40 | **Cash Balance, End of Period** | $62,891 | $62,891 |

Revised 1/1/98



|  | Statement Period | Account # |
|---|---|---|
|  | 01/01/2020 thru 02/02/2020 | )151 |
| P.O. Box 911039<br>San Diego, CA 92191<br>844-889-0896 | Days In Statement Period | |
|  | 33 | |

DOG BLUE PROPERTIES LLC , DEBTOR
W. DONALD GIESEKE, TRUSTEE
CASE # 19-50104
18124 WEDGE PARKWAY, #518
RENO NV 89511

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $66,844.84 | $0.00 | $3,954.15 | $62,890.69 |
| DEPOSIT TOTALS | $66,844.84 | $0.00 | $3,954.15 | $62,890.69 |

### Trustee Checking )151

| | |
|---|---|
| Beginning Balance | $66,844.84 |
| Ending Balance | $62,890.69 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 7008 | 3,954.15 | 01/31 | | | | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $66,485.37 | Average Daily Collected | $66,485.37 |

### Fees

| | |
|---|---|
| Maintenance Fee | $0.00 |
| Service Charge | $0.00 |

Page 1 of 3

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER



| Statement Period | Account # |
|---|---|
| 01/01/2020 thru 02/02/2020 | 0151 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

**Days In Statement Period**

33



| Image Number 733609111007590 | Amount 0000003954.15 | Image Number 733609111007590 | Amount 0000003954.15 |
|---|---|---|---|
| Date 01-31-2020 | Serial 7008 | Date 01-31-2020 | Serial 7008 |

Page 3 of 3